No. 711. TAYLOR ET AL. *v.* DEALERS TRANSPORT CO. ET AL. C. A. 6th Cir. Certiorari denied. *George J. Long* for petitioners. *Newell N. Fowler* for Dealers Transport Co., and *Edgar A. Zingman* for E & L Transport Co., respondents.

No. 712. SMITH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Clarence H. Pease* for petitioner. *Solicitor General Griswold* for the United States.

No. 717. CENTRAL OF GEORGIA RAILWAY CO. *v.* BROTHERHOOD OF RAILROAD TRAINMEN ET AL. C. A. 5th Cir. Certiorari denied. *Charles A. Horsky, John B. Miller,* and *Julian C. Sipple* for petitioner. *Harold A. Ross* for respondents.

No. 718. BESSMAN ET AL., DBA BESSMAN INSURANCE AGENCY *v.* BACALIS. Sup. Ct. Mich. Certiorari denied.

No. 719. WRIGHT ET UX. *v.* DADE COUNTY. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. *Richard H. W. Maloy* for petitioners.

No. 720. BAUER *v.* STERN FINANCE CO. ET AL. Sup. Ct. Iowa. Certiorari denied. *Dan Johnston* for petitioner. *Joseph Z. Marks* for respondents.

No. 721. WYNN ET UX. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Sherwin T. McDowell* for petitioners. *Solicitor General Griswold, Assistant Attorney General Walters, Harry Baum,* and *Robert I. Waxman* for the United States.